UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: FRAZIER, RICKEY DEAN　　　　　　　CHAPTER 7
　　　　FRAZIER, JOANN HARMON
　　　　DEBTORS　　　　　　　　　　　　　　CASE NO. 07-11707 DWH

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT OF ADMINISTRATION OF ESTATE, REPORT OF RECEIPTS AND DISBURSEMENTS, APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND NOTICE OF PROPOSED DISTRIBUTION

**THIS DAY** this cause came before this Court on the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution, in the above-styled proceeding; and the Court having fully reviewed the same finds that said Final Report should be approved.

**IT IS, THEREFORE, ORDERED** that the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution is hereby approved, and the Trustee is hereby authorized and directed to distribute the funds of this estate as follows:

| Name of Party: | Description: | Amount: |
| --- | --- | --- |
| Administration Expenses: | | |
| STEPHEN P. LIVINGSTON | Trustee | 5,465.49 |
| STEPHEN P. LIVINGSTON | Trustee | 32.01 |
| Secured Claims: | | |
| Dell Financial Services, LP | Secured Liens | 584.67 |
| Judgement Lienholders: | | |
| None | | |
| Priority Claims: | | |
| None | | |

Unsecured Claims:

| | | |
|---|---|---:|
| Dell Financial Services, LP | Timely-Filed Claims | 180.65 |
| FIA Card Services, NA | Timely-Filed Claims | 7,889.32 |
| FIA Card Services, NA | Interest | 1,336.65 |
| Chase Bank USA, N.A. | Timely-Filed Claims | 2,650.24 |
| Chase Bank USA, N.A. | Interest | 449.02 |
| Dell Financial Services, LP | Interest | 99.06 |
| Dell Financial Services, LP | Interest | 30.61 |
| FRAZIER, RICKEY DEAN and JOANN HARMON FRAZIER | Surplus Returned to Debtor | 24,161.41 |

Other:

None

**IT IS FURTHER ORDERED** that the Trustee shall make all disbursements authorized herein within ten (10) days of the entry of this Order.

**IT IS FURTHER ORDERED** that within ninety (90) days after distribution of estate funds the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court and disposed of under Chapter 129 of Title 28.

**IT IS FURTHER ORDERED** that within 120 days of the entry of this Order the Trustee will provide to the United States Trustee the Trustee's Distribution Report in accordance with the policy and procedures of the Office of the United States Trustee.

SO ORDERED on this the 11th day of Sept, 2009.

_David W. Houston, III_
UNITED STATES BANKRUPTCY JUDGE